## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW GOMBERG, on behalf of Himself and All Others Similarly Situated** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BASSETTS ICE CREAM COMPANY** | : | **NO. 24-1852** |

## <u>ORDER</u>

**NOW**, this 2nd day of July, 2024, it having been reported that the issues between the parties in this action have been settled, it is **ORDERED** as follows:

1.      This action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

2.      The pretrial conference scheduled for Tuesday, July 9, 2024, at 10:30 a.m. is **CANCELLED**.

TIMOTHY J. SAVAGE, J.